FILED

10/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0584

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0584

_____

STATE OF MONTANA,

  Plaintiff and Appellee,

 v.            O R D E R

WILLIE ANTOINE REDD,

  Defendant and Appellant.

_____

Chad Wright, Appellate Defender, petitions for an out-of-time appeal for Willie Antoine Redd from the Judgment entered on July 5, 2023, by the Thirteenth Judicial District Court, Yellowstone County, in Cause No. DC-21-218. The Attorney General's Office does not object to this motion.

Wright asserts that Redd's private trial counsel Robert Stephens died after the sentencing hearing but before the judgment was entered. The Appellate Defender Division only recently learned of Redd's conviction and it has determined that Redd is eligible for appointed counsel.

Wright argues that it would be unjust to deny Redd the right to appeal when the untimeliness of the Notice of Appeal was caused by circumstances outside of Redd's control.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that, on or before November 3, 2023, the Appellate Defender shall prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 4 2023